# CIVIL COVER SHEET

JS 44  (Rev. 12/07)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| NELSON'S MARINE, INC. | That certain 2006 ALBIN 39' VESSEL, SERIAL NO. AUL 40008 F 506, her engines, machinery, equipment, and appurtenances, in rem |

**(b)** County of Residence of First Listed Plaintiff **ALAMEDA**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **ALAMEDA**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105
(415) 227-9455

Attorneys (If Known)

E-filing    BZ    ADR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff

(For Diversity Cases Only)                     and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [X] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 530 General | **IMMIGRATION** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 462 Naturalization Application | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & other | [ ] 463 Habeas Corpus - Alien Detainee | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
28 U.S.C. §§ 1331 and 1333, 46 U.S.C. 31342 (Maritime Lien Act)

Brief description of cause:
Plaintiff has incurred unreimbursed repair and dockage charges for the vessel

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 55,000
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes  [X] No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE
August 13, 2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

FDJS44

JS 44 Reverse (Rev. 12/07)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44
### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney tiling a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b)   County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c)   Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V. Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When tlie petition for removal is granted, check this box.

Remanded &om Appellate Court. (3) Check this box for cases remanded to thedistrict court for hrther action. Use the date of remand as the lilitlg date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal tiom a magistrate judge's decision.

**VI. Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**.                      Example:          U.S. Civil Statute: <u>47 USC 553</u>
                                                                  Brief Description: <u>Unauthorized reception of cable service</u>
**VII. Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. 111 this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand sucli as a preliminary injunclion.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases**. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:    (415) 227-9455
Facsimile:    (415) 227-4255
E-Mail:    jtamulski@edptlaw.com
          jwashkowitz@edptlaw.com

Attorneys for Plaintiff
NELSON'S MARINE, INC.

FILED

AUG 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

BZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON'S MARINE, INC. | IN ADMIRALTY |
| Plaintiff, | CV CASE NUMBER: 08 3878 |
| vs. | **VERIFIED COMPLAINT *IN REM* FOR MARITIME LIEN** |
| That certain 2006 ALBIN 39' VESSEL, SERIAL NO. AUL 40008 F 506, her engines, machinery, equipment, and appurtenances, *in rem.* | |
| Defendant. | |

Plaintiff NELSON'S MARINE INC. (herein "NELSON") alleges its verified Complaint *in rem* against that certain 2006 Albin 39' vessel , Serial  No.: AUL 40008 F 506, her engines, machinery, equipment, and appurtenances (herein "the Vessel"), *in rem*, as follows.

1.    This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 (federal question) and 1333 (admiralty) . This is a case of admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.    Plaintiff NELSON is and at all material times was a valid corporation organized under the laws of California, with its principal place of business in Alameda County, California.

1.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

FIRST CAUSE OF ACTION

(Against the Vessel *In Rem* for Maritime Lien)

3.    NELSON incorporates the allegations in paragraphs 1 and 2.

4.    The defendant Vessel is now or during the pendency of this action will be within this District and within the jurisdiction of this Court.

5.    The Vessel was manufactured by Albin Manufacturing, Corp. of Portsmouth, Rhode Island (herein "Albin").

6.    On or about October 25, 2005, the Vessel was sold by Albin to D'Anna Yacht Center, Inc. of Oakland, California (herein "DYCI").

7.    On or about April 18, 2006, NELSON obtained possession of the Vessel by entering into an agreement with the owner of the Vessel, or a person authorized by the owner, to repair the Vessel.

8.    NELSON provided necessaries to the Vessel within the meaning of the Maritime Lien Act, 46 U.S.C. § 31342(a), by providing repairs, supplies, dockage and/or other services to the Vessel.  NELSON issued invoices for the necessaries it provided to the Vessel as follows:

- Invoice No. 1017700 for $30,062.50 (October 20, 2006);
- Invoice No. 1018349 for $15,887.43 (January 30, 2007);
- Invoice No. 10201911 for $22,626.00 (December 20, 2007);
- Invoice No. 10201912 for $11,017.00 (December 20, 2007);
- Invoice No. 10202459 for $2,160.00 (February 29, 2008);
- Invoice No. 10202504 for $1,116.00 (March 20, 2008); and
- Invoice No. 10203809 for $5,508 (August 7, 2008).

9.    The Vessel continues to incur dockage charges of $36.00 per day while it remains at NELSON's boat yard in Alameda County, California.

10.    NELSON's charges for the repairs, supplies, dockage and/or other services it provided to the Vessel (and continues to provide), as described above, are reasonable.

11.    NELSON has duly demanded payment or security from Albin and DYCI for the

2.

COMPLAINT *IN REM* FOR MARITIME LIEN
CASE NO.
G:\61900.017 Nelson's Marine\Pleadings\Complaint for Maritime Lien.doc

1  invoices described above, but has received only two payments—a payment of $17,486.87

2  received on July 14, 2006 (Payment No. 16000), and a payment of $14,985.26 received on

3  October 31, 2006 (Payment No. 16366).  An outstanding balance of $55,904.80 remains unpaid.

4       9.      By operation of law, NELSON has a maritime lien on the Vessel for the

5  necessaries provided to the Vessel.  NELSON is entitled to assert and foreclose the maritime lien

6  against the Vessel in the amount of **$55, 904.80**, plus $36.00 per day for each day the Vessel

7  remains in NELSON's boat yard beyond August 7, 2008, or so near as presently can be

8  ascertained.

9       WHEREFORE Plaintiff NELSON prays:

10      a.      That NELSON be granted judgment against the Vessel, *in rem*, in the amount of

11  **$55, 904.80**, plus $36.00 per day for each day the Vessel remains in NELSON's boat yard beyond

12  August 7, 2008, or as according to proof, plus interest;

13      b.      That process be issued *in rem* against the Vessel, engines, appurtenances, etc., and

14  that all persons claiming any right or interest in the Vessel be cited to appear, file a Claim, and

15  answer this Complaint;

16      c.      That NELSON's claim against the Vessel be adjudged a preferred maritime lien;

17  and

18      d.      That the Vessel be condemned and sold to satisfy NELSON's lien, plus interest and

19  costs.

20      e.      That NELSON be awarded its attorney fees and costs of suit and,

21      f.      That NELSON be awarded such other relief as the Court may be deem proper.

22

23  DATED: August 13, 2008        EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

24

25  By_____
                               James J. Tamulski
26                             Jared A. Washkowitz
                               Attorneys for Plaintiff NELSON'S MARINE, INC.

27

28
                                              3.

COMPLAINT *IN REM* FOR MARITIME LIEN
CASE NO.
G:\61900.017 Nelson's Marine\Pleadings\Complaint for Maritime Lien.doc

## VERIFICATION

1
2
I, Carl Nelson, am the owner and authorized representative of Nelson's Marine, Inc., the

3
plaintiff in the above captioned matter. I have read the foregoing Complaint and know the

4
contents thereof, and the same are true and correct to the best of my information and belief.

5
I declare under penalty of perjury under the laws of the United States of America that the

6
foregoing is true and correct to the best of my knowledge, and that this Verification was executed

7
on August 12, 2008 in Alameda, California.

8
9
By: _____

10
Carl Nelson
As Owner and Authorized Representative of

11
Plaintiff NELSON'S MARINE, INC.

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4.

COMPLAINT *IN REM* FOR MARITIME LIEN
CASE NO.
C:\Documents and Settings\jwashkowitz\Local Settings\Temporary Internet Files\OLK5E\Complaint for Maritime
Lien.doc