EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:  (415) 227-9455
Facsimile:  (415) 227-4255
E-Mail:     jtamulski@edptlaw.com
            jwashkowitz@edptlaw.com

Attorneys for Plaintiff
NELSON'S MARINE, INC.

FILED
AUG 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON'S MARINE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>That certain 2006 ALBIN 39' VESSEL, SERIAL NO. AUL 40008 F 506, her engines, machinery, equipment, and appurtenances, *in rem*,<br><br>Defendant. | IN ADMIRALTY<br><br>CASE NUMBER:<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PER L.R. 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Nelson's Marine, Inc.
2. D'Anna Yacht Center, Inc.
3. Albin Manufacturing Corp.

1.

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO.
G:\61900.017 Nelson's Marine\Pleadings\Notice of Interested Parties.doc

1

2

3  DATED: August 13, 2008          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

4

5  By_____
   James J. Tamulski
   Jared A. Washkowitz
6  Attorneys for Plaintiff NELSON'S MARINE, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO.
G:\61900.017 Nelson's Marine\Pleadings\Notice of Interested Parties.doc