EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:   (415) 227-9455
Facsimile:    (415) 227-4255
E-Mail:        jtamulski@edptlaw.com
                   jwashkowitz@edptlaw.com

Attorneys for Plaintiff
NELSON'S MARINE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON'S MARINE, INC. | IN ADMIRALTY |
| Plaintiff, | CASE NUMBER: CV 08 3878 BZ |
| vs. | **PLAINTIFF NELSON'S MARINE INC.'S PROOF OF SERVICE ON INTERESTED PARTY, D'ANNA YACHT CENTER, INC.** |
| That certain 2006 ALBIN 39' VESSEL, SERIAL NO. AUL 40008 F 506, her engines, machinery, equipment, and appurtenances, *in rem*, | |
| Defendant. | |

Plaintiff NELSON'S MARINE INC. hereby files its Proof of Service upon Interested Party, D'ANNA YACHT CENTER, INC. in the above referenced matter as detailed in the attached documents.

DATED: August 27, 2008        EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By_____
James J. Tamulski
Jared A. Washkowitz
Attorneys for Plaintiff NELSON'S MARINE, INC.

1.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

PLAINTIFF NELSON'S MARINE, INC.'S PROOF OF SERVICE
CASE NO. CV 08 3878 BZ
G:\61900.017 Nelson's Marine\Pleadings\Service on D'Anna Yacht.doc

# PROOF OF PERSONAL SERVICE

Re:  Nelson's Marine, Inc.
     v That certain 2006 Albin 39' Vessel, Serial No. AUL 40008 5 F06, et al.
C#:  CV 08 3878 BZ

**I, the undersigned, declare that:**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within entitled action. My business address is Western Attorney Services, 75 Columbia Square, San Francisco, CA 94103.

On August 20, 2008, I served a copy of the following document(s):

- Summons
- Complaint for Maritime Lien
- Certificate of Interested Parties
- Order Setting Initial Case Management Conference and ADR Deadlines
- Standing Orders
- Notice of Assignment of Case to U.S. Magistrate Judge for Trial
- Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California
- ECF Registration Information Handout

on the interested party in said cause, by delivering a copy of the aforementioned documents to:

D'Anna Yacht Center, Inc.
c/o Mr. Wayne D'Anna
11 Embarcadero West, Suite 100
Oakland, CA 94607

By substituted service on Lorraine D'Anna, daughter of Wayne D'Anna, at 1:35 PM. Copies of the documents were mailed to the same address on August 22, 2008 from San Francisco, CA.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on:

Date: August 22, 2008

_____
Aníbal Alejandro Merino
Western Attorney Services
San Francisco County, Reg. # 990

## DECLARATION RE: DUE DILIGENCE

**Re:** Nelson's Marine, Inc.
v That certain 2006 Albin 39' Vessel, Serial No. AUL 40008 5 F06, et al.
**C#:** CV 08 3878 BZ

I, THE UNDERSIGNED, DECLARE THAT:

I am over the age of eighteen years, and not a party to the within entitled action. My business address is Western Attorney Services, 75 Columbia Square, San Francisco, CA. 94103

In my capacity as a process server, I have attempted to personally serve **D'Anna Yacht Center, Inc., with a Civil Summons, Complaint and supporting documents.** My attempts at service were as follows:

**Attempts made at 11 Embarcadero West, Suite 100, Oakland, CA 94607:**

**08/15/08 at 3:05 PM – was informed that Wayne D' Anna is the person who could accept documents but is not in the office at this time.**

**08/19/08 at 8:30 AM – again I was informed that Wayne D'Anna was not in.**

**08/20/08 at 1:35 PM – Mr. D'Anna was not in again today. I effected substituted service by leaving documents with his daughter, Lorraine D'Anna, female Caucasian in her 30's, blonde hair, brown eyes.**

**Copies of the documents were mailed to the same address on August 22, 2008 from San Francisco, CA.**

I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on August 22, 2008, San Francisco, California.

Anibal Alejandro Merino
Western Attorney Services
San Francisco County, Reg. # 990

**PROOF OF PERSONAL SERVICE**

Re:  Nelson's Marine, Inc.
     v That certain 2006 Albin 39' Vessel, Serial No. AUL 40008 5 F06, et al.
C#:  CV 08 3878 BZ

I, the undersigned, declare that:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within entitled action. My business address is Western Attorney Services, 75 Columbia Square, San Francisco, CA 94103.

On August 20, 2008, I served a copy of the following document(s):

- Summons
- Complaint for Maritime Lien
- Certificate of Interested Parties
- Order Setting Initial Case Management Conference and ADR Deadlines
- Standing Orders
- Notice of Assignment of Case to U.S. Magistrate Judge for Trial
- Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California
- ECF Registration Information Handout

on the interested party in said cause, by delivering a copy of the aforementioned documents to:

D'Anna Yacht Center, Inc.
c/o Mr. Wayne D'Anna
11 Embarcadero West, Suite 100
Oakland, CA 94607

By substituted service on Lorraine D'Anna, daughter of Wayne D'Anna, at 1:35 PM.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on:

Date: August 21, 2008

Anibal Alejandro Merino
Western Attorney Services
San Francisco County, Reg. # 990

## DECLARATION RE: DUE DILIGENCE

Re:     Nelson's Marine, Inc.
        v That certain 2006 Albin 39' Vessel, Serial No. AUL 40008 5 F06, et al.
C#:     CV 08 3878 BZ

I, THE UNDERSIGNED, DECLARE THAT:

I am over the age of eighteen years, and not a party to the within entitled action. My business address is Western Attorney Services, 75 Columbia Square, San Francisco, CA. 94103

In my capacity as a process server, I have attempted to personally serve **D'Anna Yacht Center, Inc.**, with a Civil Summons, Complaint and supporting documents. My attempts at service were as follows:

**Attempts made at 11 Embarcadero West, Suite 100, Oakland, CA 94607:**

**08/15/08 at 3:05 PM – was informed that Wayne D' Anna is the person who could accept documents but is not in the office at this time.**

**08/19/08 at 8:30 AM – again I was informed that Wayne D'Anna was not in.**

**08/20/08 at 1:35 PM – Mr. D'Anna was not in again today. I effected substituted service by leaving documents with his daughter, Lorraine D'Anna, female Caucasian in her 30's, blonde hair, brown eyes.**

I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on August 21, 2008, San Francisco, California.

Anibal Alejandro Merino
Western Attorney Services
San Francisco County, Reg. # 990